IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IRON AVIATION, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DEVINAIRE, LLC; AARON SOULE, <br><br> Defendants. | CV 20-151-BLG-SPW-TJC <br><br> **ORDER** |

The Court having been notified of the settlement of this case (Doc. 8), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

DATED this 18th day of October, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge