IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IRON AVIATION, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DEVINAIRE, LLC; AARON SOULE,<br><br>    Defendants. | CV 20-151-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff has filed a motion for extension of time to finalize a settlement agreement in this matter.  (Doc. 10.)  Good cause appearing,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

DATED this 15th day of November, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge