IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IRON AVIATION, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEVINAIRE, LLC, and AARON SOULE,<br><br>　　　　　Defendants. | CV 20-151-BLG-SPW<br><br>STIPULATED JUDGMENT |

All parties having stipulated and consented to the Court entering a judgment (Doc. 12) in favor of Iron Aviation, LLC and against Defendants, jointly and severally, in the amount of $211,215.90, as requested in the Complaint, and for good cause appearing,

IT IS HEREBY STIPULATED, ORDERED, and ADJUDGED, that:

1. Judgment is entered in favor of Iron Aviation, LLC and against Defendants, Devinaire, LLC and Aaron Soule, jointly and severally, in the amount of $211,215.90, bearing interest at the rate of 18% per annum or that maximum rate allowed at law (if lesser); and

1

2. The parties shall bear their own attorney's fees and costs of suit.

The Clerk of Court is directed to notify the parties of the making of this Judgment.

DATED this 23rd day of November, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge